**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Civil Action No. 9:21-cv-81878

PREPARED FOOD PHOTOS, INC.,
f/k/a ADLIFE MARKETING &
COMMUNICATIONS CO., INC.

    Plaintiff,

vs.

DD BUFFALO, LLC d/b/a
BUFFALO RUN RANCH,

    Defendant.
_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant, DD Buffalo, LLC d/b/a Buffalo Run Ranch ("Buffalo") hereby answers the Complaint ("Complaint") of Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co, Inc. ("PFP") as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Buffalo upon which relief can be granted.

### SECOND DEFENSE

Answering the numbered allegations of the Complaint, Buffalo admits, denies, and otherwise alleges as follows:

1. Buffalo is without information or knowledge sufficient to form a belief as to the allegations in paragraph 1 of the Complaint and therefore denies the same.

2. Buffalo admits the allegations in paragraph 2 of the Complaint.

### JURISDICTION AND VENUE

3. Buffalo admits the allegations in paragraph 3 of the Complaint.

4. Buffalo denies the allegations in paragraph 4 of the Complaint.

5. Buffalo denies the allegations in paragraph 5 of the Complaint.

## **FACTS**

6. Buffalo is without information or knowledge sufficient to form a belief as to the allegations in paragraph 6 of the Complaint and therefore denies the same.

7. Buffalo is without information or knowledge sufficient to form a belief as to the allegations in paragraph 7 of the Complaint and therefore denies the same.

8. Buffalo is without information or knowledge sufficient to form a belief as to the allegations in paragraph 8 of the Complaint and therefore denies the same.

9. Buffalo is without information or knowledge sufficient to form a belief as to the allegations in paragraph 9 of the Complaint and therefore denies the same.

10. Buffalo is without information or knowledge sufficient to form a belief as to the allegations in paragraph 10 of the Complaint and therefore denies the same.

11. Buffalo is without information or knowledge sufficient to form a belief as to the allegations in paragraph 11 of the Complaint and therefore denies the same.

12. Buffalo is without information or knowledge sufficient to form a belief as to the allegations in paragraph 12 of the Complaint and therefore denies the same.

13. Buffalo is without information or knowledge sufficient to form a belief as to the allegations in paragraph 13 of the Complaint and therefore denies the same.

14. Buffalo admits the allegations in paragraph 14 of the Complaint.

15. Buffalo admits the allegations in paragraph 15 of the Complaint.

16. Buffalo admits that the Work, as defined in the Complaint, was published on its website, but asserts that said image was obtained and added to the website by a third party.

17. Buffalo is without knowledge or information sufficient to form a belief as to the allegations in paragraph 17 and therefore denies the same.

18. Buffalo admits that it is not licensed to use of display the Work, but denies the remaining allegations in paragraph 18 of the Complaint.

19. Buffalo admits that the Work was used on its commercial website.

20. Defendant denies the allegations in paragraph 20 of the Complaint.

21. Buffalo is without information or knowledge sufficient to form a belief as to efforts taken by Plaintiff related to the use of the Work set forth in paragraph 21 of the Complaint and denies the remaining allegations in paragraph 21 of the Complaint.

22. Buffalo denies the allegations in paragraph 22.

## COUNT I

23. Buffalo incorporates by reference its responses to the preceding paragraphs as if fully set forth herein.

24. Buffalo is without knowledge or information sufficient to form a belief as to the allegations in paragraph 24 of the Complaint and therefore denies the same.

25. Buffalo is without knowledge or information sufficient to form a belief as to the allegations in paragraph 25 of the Complaint and therefore denies the same.

26. Buffalo is without knowledge or information sufficient to form a belief as to the allegations in paragraph 26 of the Complaint and therefore denies the same.

27. Buffalo is without knowledge or information sufficient to form a belief as to the allegations in paragraph 27 of the Complaint and therefore denies the same.

28. Buffalo is without knowledge or information sufficient to form a belief as to the allegations in paragraph 28 of the Complaint and therefore denies the same.

29. Buffalo denies the allegations in paragraph 29 of the Complaint.

30. Buffalo denies the allegations in paragraph 30 of the Complaint.

31. Paragraph 31 of the Complaint asserts legal conclusions which do not require a response. To the extent there are factual allegations in paragraph 31, Buffalo denies the same.

32. Paragraph 32 of the Complaint asserts legal conclusions which do not require a response. To the extent there are factual allegations in paragraph 32, Buffalo denies the same.

33. Paragraph 33 of the Complaint asserts legal conclusions which do not require a response. To the extent there are factual allegations in paragraph 33, Buffalo denies the same.

34. Buffalo denies the allegations in paragraph 34 of the Complaint.

### THIRD DEFENSE

35. Buffalo denies each and every allegation of the Complaint that is not specifically admitted herein.

### FOURTH DEFENSE

36. The relief requested in the Complaint should be denied and the Complaint should be dismissed with prejudice, in whole or part, to the extent that any injury or damages sustained by Plaintiff were solely caused or contributed to by the fault or breach of other parties, said fault or breach exceeding that of Buffalo, if any.

### FIFTH DEFENSE

37. Discovery in this case may reveal additional defenses required by the Rules of Civil Procedure to be pled affirmatively. Buffalo hereby incorporates each such defense by reference and reserves the right to amend this answer to specifically assert such defenses if they are

discovered.

### SIXTH DEFENSE

38. The Complaint and each purported cause of action contained therein are barred to the extent Plaintiff seeks relief for conduct occurring outside the applicable statutes of limitation.

### SEVENTH DEFENSE

39. The Complaint and each purported cause of action contained therein are barred because Plaintiff by its words and actions has waived its claims and is estopped to assert the matters alleged therein.

### EIGHTH DEFENSE

40. The Complaint and each purported cause of action contained therein are barred because Plaintiff's actions or inactions contributed to or created the damage allegedly suffered.

### NINTH DEFENSE

41. The relief requested should be denied and the Complaint should be dismissed with prejudice as against Buffalo, in whole or in part, to the extent that Plaintiff's claims are barred because they are without merit and not brought or asserted in good faith.

### TENTH DEFENSE

42. The relief requested in the Complaint should be denied and the Complaint should be dismissed with prejudice as against Buffalo, in whole or in part, to the extent that Plaintiff's claims are barred by the Statute of Frauds.

### ELEVENTH DEFENSE

43. The relief requested in the Complaint should be denied and the Complaint should be dismissed with prejudice as against Buffalo, in whole or in part, as there was no infringement and/or copying of the Work, if any, created de minimis damage.

**TWELFTH DEFENSE**

44. The relief requested in the Complaint should be denied and the Complaint should be dismissed with prejudice as against Buffalo, in whole or in part, as the use of the Mark, if any, was Fair Use.

**THIRTEENTH DEFENSE**

45. The relief requested in the Complaint should be denied and the Complaint should be dismissed with prejudice as against Buffalo, in whole or in part, as the use of the Mark, if any, was innocent infringement without Buffalo having any knowledge or reason to believe the image was protected.

**FOUTEENTH DEFENSE**

46. Defendant cannot fully anticipate at this time all defenses that may be applicable. Accordingly, Defendant reserves the right to assert additional defenses if, and to the extent, such defenses may later become available or apparent. Further, Defendant reserves the right to withdraw any defenses that it subsequently determines to be inapplicable. Nothing stated in the foregoing defenses constitutes a concession that Defendant bears any burden of proof on any issue on which it would not otherwise bear such burden.

WHEREFORE, Defendant Buffalo prays:

That the requested relief be denied, that Defendant, DD Buffalo, LLC d/b/a Buffalo Run, be awarded its attorneys' fees and costs of suit, and for such other and further relief as the Court deems just and proper.

DATED this 11th day of November, 2021.

/s/ W. John Eagan
W. John Eagan
Florida Bar No. 105,101

johneagan@malloylaw.com
Malloy & Malloy, P.L.
6751 N. Federal Hwy, Suite 300
Boca Raton, Florida 33487
Tel: (561) 243-1000

*Local Counsel for Defendant*

Dax Anderson (10168)
Jeremy C. Sink (09916)
**KIRTON McCONKIE**
36 South State, Suite 1900
Salt Lake City, Utah 84111
Telephone: (801) 239-3157
Fax: (801) 321-4893
Email: jsink@kmclaw.com
danderson@kmclaw.com

*Lead Counsel for Defendant*
(Pro Hac Vice Application to be Submitted)